1042

DONALD E. HOBSON, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-01434-0, Chris Wickham, J., entered September 26, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. MI'CHEAL JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02285-4, Neal Q. Rielly, J., entered June 21, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

THE STATE OF WASHINGTON, *Respondent*, v. GREGALINE TYLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02285-1, Gregory D. Sypolt, J., entered November 16, 2005. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Brown and Kulik, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEE GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02781-1, Linda G. Tompkins, J., entered July 24, 2006. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.